**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   05-CV-00335-WDM- PAC

GENESIS INSURANCE COMPANY,
a Connecticut corporation,

       Plaintiff and Counterclaim Defendant,

v.

DANIEL D. CROWLEY,

       Defendant,

DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH;
and SANDRA L.SMOLEY,

       Defendants and Counterclaimants.

**ORDER STAYING CASE**

THIS MATTER came before the Court on the parties' agreed motion to stay this action pending mediation, filed August 29, 2005, and the Court being fully advised in the premises, and finding the scheduled mediation to be good cause under the circumstances of this case, it is

ORDERED:

1.      The aforesaid motion is **Granted**;

2.      This action shall be and hereby is stayed until December 11, 2005.

3.      THERE WILL BE NO EXTENSIONS OF THE STAY PAST

DECEMBER 11, 2005.

4.      Unless a stipulation for dismissal has been filed as to all parties in this

action, a status and scheduling conference is set for December 12, 2005 at 9:30 a.m. in

Courtroom A-501.  A proposed Amended Scheduling Order is to be submitted no later

than December 11, 2005 by 12:00 p.m.

Dated August 30, 2005.

s/Patricia A. Coan
Patricia A. Coan
U.S. Magistrate Judge