IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00335-WDM- PAC

GENESIS INSURANCE COMPANY,
a Connecticut corporation,

       Plaintiff and Counterclaim Defendant,

v.

DANIEL D. CROWLEY,

       Defendant,

DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH;
and SANDRA L. SMOLEY,

       Defendants and Counterclaimants.

---

## [PROPOSED] ORDER STAYING CASE

---

THIS MATTER came before the Court on the parties' agreed motion to stay this action [Doc #41] pending continuing mediation, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED,

1.     The aforesaid motion [Doc #41] is **Granted**;

2.     This action and all associated deadlines shall be and hereby are stayed though January 13, 2006;

3.     Genesis Insurance Company shall have until January 13, 2006, to respond to the pending Objections of Arlin Adams, Chapter 11 Trustee of the Post-Confirmation Bankruptcy

Estates of Coram Healthcare Corporation and Coram, Inc., to Recommendation of United States Magistrate Judge; and

4. Unless a stipulation for dismissal has been filed as to all parties in this action, a status and scheduling conference is set for January 26, 06 at 10:30 a.m. in Courtroom A-501. A proposed Amended Scheduling Order is to be submitted no later than January 23, 06. The Scheduling Conference set for Dec. 12, 05 is vacated.

DONE AND ORDERED in Chambers, at United States District Court, this 9th day of December, 2005.

s/ Patricia A Coan
U.S. MAGISTRATE JUDGE
Patricia A Coan

2