IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff,

v.

DANIEL D. CROWLEY,
DONALD J. AMARAL,
WILLIAM J. CASEY,
L. PETER SMITH, and
SANDRA L. SMOLEY,

    Defendants.

**ORDER**

Miller, J.

This matter is before the court on the Status Report Advising of Settlement, filed April 27, 2006. The Report informs me that defendants Donald Amaral, William Casey, Peter Smith, and Sandra Smoley have reached a settlement with the Chapter 11 Trustee in case brought against them by the Trustee in the United States District Court for the District of Delaware, Civil Action 04-1565.[1] As part of the settlement, these defendants shall assign all of their rights against Genesis Insurance Company, the subject of this litigation, to the Chapter 11 Trustee. Given this assignment, the Motion to Intervene in this case filed by the Chapter 11 Trustee is moot.

---

[1] It is unclear from the Report whether the settlement affects any claims against defendant Daniel Crowley in this case or in the Delaware case.

Accordingly, it is ordered:

1. The Motion to Intervene, filed June 8, 2005 (Docket No. 16), is denied as moot.

2. Magistrate Judge Coan's August 31, 2005 Report and Recommendation and the Chapter 11 Trustee's September 19, 2005 Objection are moot.

3. The Motion to Hold Motion to Change Venue in Abeyance, filed April 28, 2006 (Docket No. 59), is granted.

4. On or before June 1, 2006, the parties shall inform the court whether the pending Motion to Change Venue remains at issue or is moot.

DATED at Denver, Colorado, on May 4, 2006.

> BY THE COURT:
>
> s/ Walker D. Miller
> United States District Judge