IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff(s),

v.

DANIEL D. CROWLEY;
DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH; and
SANDRA L. SMOLEY,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Amended Minute Order, document 93, filed June 30, 2006 is **vacated.**

    IT IS **FURTHER ORDERED** that the Motion for One-Week Continuance for the Parties to Submit a Proposed Deposition Schedule [filed June 30, 2006, Doc. No. 89] is **GRANTED.**  The proposed schedule is due by **July 7, 2006.**

    IT IS **FURTHER ORDERED** that the Stipulated Motion to Join Arlin M. Adams ...As A Party Defendant/Counterclaimant [filed June 21, 2006; Doc. No. 84] is **denied** as mooted by my order permitting the trustee to substitute as a party for the outside directors.  *See* Doc. No. 87.

    IT IS **FURTHER ORDERED** that the Order to Show Cause [filed June 23, 2006; Doc. No. 88] is **discharged.**

Dated:  July 13, 2006