IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY,

    Plaintiff,

v.

DANIEL D. CROWLEY,

    Defendant.

---

**NOTICE OF DISMISSAL OF NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA. ONLY**

---

The court takes judicial notice that defendant Daniel D. Crowley and third-party defendant National Union Fire Insurance Co. of Pittsburgh, PA have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice as to National Union Fire Insurance Co. of Pittsburgh, PA only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 20, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller

PDF FINAL

          United States District Judge