IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY,

    Plaintiff,

v.

DANIEL D. CROWLEY,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In light of the notice of withdrawal of motion (doc no. 124) the magistrate recommendation (doc. No. 110) is now moot.  The motion is withdrawn.

Dated:  December 7, 2006

                                            s/ Jane Trexler, Judicial Assistant