IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY,

    Plaintiff,

v.

DANIEL D. CROWLEY,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file reply (doc no. 175) is granted.

Dated: January 8, 2007

                                          s/ Kathy Preuitt-Parks, Deputy Clerk