IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00335-WDM-PAC

GENESIS INSURANCE COMPANY, a Connecticut corporation,

    Plaintiff(s),

v.

DANIEL D. CROWLEY;
DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH; and
SANDRA L. SMOLEY,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion to Vacate the Settlement Conference and Reset the Pre-Trial Conference [filed January 22, 2007; Doc. No. 189] is **GRANTED** as follows:

    The Settlement Conference set for February 21, 2007 at 9:00 a.m. is **vacated.**

    IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for February 14, 2007 is *vacated and reset* to **February 21, 2007 at 9:00 a.m.**, 5th Floor, Arraj Courthouse. The proposed Pretrial Order is due on or before **February 16, 2007.**

Dated:  January 23, 2007