**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

---

| | |
|---|---|
| **Civil Action No.:** 05-cv-00335-WDM-PAC | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: March 27, 2007** | Courtroom Deputy, Ellen E. Miller |

---

| | |
|---|---|
| GENESIS INSURANCE COMPANY, a Connecticut corporation, **Plaintiff(s),** v. | Thomas J. Judge  Kimberley H. Tyson |
| DANIEL D. CROWLEY, **Defendant(s) / Third-Party Plaintiff(s),** | Benjamin A. Kahn  Jonathan G. Pray |
| ARLIN M. ADAMS, Chapter 11 Trustee of the Bankruptcy Estate of Coram Healthcare Corporation and Coram, Inc., **Defendant(s) / Counter-Claimant(s).** | Matthew J. Rita |

---

### COURTROOM MINUTES / MINUTE ORDER
---

**HEARING: MOTIONS HEARING**
**Court in Session:** 11:00 a.m.
Court calls case. Appearance of counsel.

Defendant's Motion to Compel is raised for argument.

Argument by Defendant (Mr. Kahn).
Argument by Plaintiff (Mr. Judge).

Comments and findings by the Court.

**It is ORDERED:** MOTION TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF (Docket No. **150,** Filed November 17, 2006) is **DENIED** for the reasons set forth on the record.

HEARING CONCLUDES. **Court in recess:** 12:07 p.m.  Total In-Court Time: 01:07
To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119