IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00335-WDM-KLM

GENESIS INSURANCE COMPANY, a Connecticut corporation,

	Plaintiff(s),

v.

DANIEL D. CROWLEY;
DONALD J. AMARAL;
WILLIAM J. CASEY;
L. PETER SMITH; and
SANDRA L. SMOLEY,

	Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

	This matter comes before the Court on a Unopposed Motion to Adjourn September 14, 2007 Settlement Conference [Docket No. 218, Filed September 11, 2007] ("the motion").

	IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The settlement conference that is set for September 14, 2007 at 10:30 a.m. is **vacated**.  A status conference is set for **November 5, 2007** at **3:30 p.m.** in **Courtroom A501, 5th Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver**.  If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the status conference to a more convenient date, and shall list dates in the motion which are available for all counsel/pro se parties.

	Anyone seeking entry to the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCIVR. 83.2B.  Failure to comply with this requirement will result in denial of entry to the courthouse.

Dated:  September 11, 2007