IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00335-WDM-KLM

GENESIS INSURANCE COMPANY,

    Plaintiff,

v.

DANIEL D. CROWLEY,

    Defendant,

and

ARLIN M. ADAMS, CHAPTER 11 TRUSTEE,

    Defendant and Counterclaimant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and counterclaim are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 29, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller

PDF FINAL

United States District Judge